# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JOHN DOE 1, et al.** ) | CASE NO. 1:20-cv-01695 |
| ) | |
| Plaintiff, ) | |
| ) | Judge J. Philip Calabrese |
| vs. ) | |
| ) | Magistrate Judge |
| **THE CLEVELAND METROPOLITAN SCHOOL DISTRICT BOARD OF EDUCATION, et al.** ) | William H. Baughman, Jr. |
| ) | **STIPULATED FINAL ORDER OF DISMISSAL OF DEFENDANTS THE CLEVELAND METROPOLITAN SCHOOL DISTRICT BOARD OF EDUCATION, BARBARA E. WALTON, ANDREW J. KOONCE, KENDRA E. HOLLOWAY AND JEFFREY S. MAZO WITH PREJUDICE** |
| Defendants. ) | |

Now come the respective parties, by and through undersigned counsel, and do hereby stipulate that all claims asserted by Plaintiffs John Does 1-8 against Defendants The Cleveland Metropolitan School District Board of Education, Barbara E. Walton, Andrew J. Koonce, Kendra E. Holloway and Jeffrey S. Mazo are settled and dismissed with prejudice, with costs to the Defendants. The Court may enter an Order accordingly.

All claims asserted by John Does 1-8 against Defendant Terence Greene remain.

Respectfully submitted,

| | |
|---|---|
| **(per email consent)** *s/ Colin R. Jennings* <br> **COLIN R. JENNINGS (0068704)** <br> **MARISA T. DARDEN (0098583** <br> **EMILY R. SPIVACK (0090777)** <br> SQUIRE PATTON BOGGS (US) LLP <br> 4900 Key Tower <br> 127 Public Square <br> Cleveland, Ohio 44114 <br> C(216) 479-8500 <br> (216) 479-8780 *facsimile* <br> Colin.jennings@squirepb.com <br> Marisa.darden@squirepb.com <br> Emily.spivack@squirepb.com <br> *Attorney for Defendants The Cleveland Metropolitan School District Board of Education, Barbara E. Walton, Andrew J. Koonce, Kendra E. Holloway, and Jeffrey S. Mazo* | *s/ Kyle B. Melling* <br> **RYAN H. FISHER (0043799)** <br> **KYLE B. MELLING (0091208)** <br> Lowe Scott Fisher, Co., LPA <br> 1660 West Second Street <br> 610 Skylight Office Tower <br> Cleveland, OH 44113-1454 <br> (216) 781-2600 <br> (216) 781-2610 *facsimile* <br> RFisher@lsflaw.com <br> KMelling@lsflaw.com <br> *Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

    I hereby certify that on November 19, 2021, a copy of the foregoing stipulated dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Kyle B. Melling*
**KYLE B. MELLING (0091208)**
Lowe Eklund Wakefield Co., L.P.A.